FILED'08 APR 04 06:52 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

NINA KRISTIANSEN,

        Plaintiff,

  v.                                Civil No. 07-233-TC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        **Defendant.**

## JUDGMENT

This action is reversed and remanded to the Commissioner for further proceedings consistent with this court's opinion.

Dated: April 3, 2008.

_____
United States District Judge

**JUDGMENT**                **DOCUMENT NO:** _____